UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

JAMES E. BROWN, III
MICHELE T. BROWN
FKA MICHELE T. HARGROVE,

        Debtors.

CHAPTER 13

CASE NO. 09-38443-DOT

WELLS FARGO BANK, N.A., AS SERVICER
FOR US BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR GSMPS MLT 2006-RP2,

        Plaintiff/Movant.

vs.

JAMES E. BROWN, III
AKA JAMES E. BROWN
MICHELE T. BROWN
CARL M. BATES, TRUSTEE,

        Defendants.

## ORDER TERMINATING STAY

Upon the default of the Debtors incident to the Order of May 21, 2010, and in accordance with the Notice of Default dated and filed November 4, 2010, Counsel for the Plaintiff having filed a Certificate of Default on November 22, 2010, and the Court finding grounds to terminate the stay, it is

**ORDERED** that the automatic stay of 11 U.S.C. Section 362 is modified to permit the Movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the property located at 13549 Oxley Court, Chester, VA 23831, and is more particularly described as follows:

> **ALL that certain lot, piece or parcel of land, with all improvements thereon and appurtenances thereto belonging, lying and being in Bermuda District, Chesterfield County, Virginia, and known, numbered and designated as Lot 21, on that certain plat entitled "Villages of Longmeadow Oxley Bermuda District * Chesterfield County * Virginia", dated June 10, 2003 drawn by Timmons Group, recorded August 13, 2003, in the Clerk's Office of the Circuit Court of Chesterfield County,**

Eric David White, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
1804 Staples Mill Road
Suite 200
Richmond, VA, 23230
State Bar # 21346
Tel: (804) 290-4290
Fax: (804) 290-4298

File No: 01-029525-09

**Virginia, in Plat Book 135, Page 99, and to which plat reference is hereby made for a more particular description.**

Relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

It is further **ORDERED** that upon entry of this Order, the Chapter 13 Trustee shall be relieved of any and all obligation to remit payment incident to the arrearages set forth in the Proof of Claim filed by Plaintiff.

DATED:

_____
JUDGE

I ask for this:
**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.
Eric David White, Esquire, VSBN 21346
Michael T. Freeman, Esquire, VSBN 65460
Counsel for Wells Fargo Bank, N.A., as Servicer
for US Bank National Association, as Trustee for
GSMPS MLT 2006-RP2
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

CERTIFICATE

I hereby certify that this proposed Order is substantially in compliance with Standing Order Number 10-2 and that it has been endorsed by all necessary parties involved in this proceeding.

**/s/ ERIC DAVID WHITE**
Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Mitchell Goldstein, Esquire
Counsel for Debtors
1650 Willow Lawn Drive
Suite 300
Richmond, VA 23230

James E. Brown, III and Michele T. Brown
Debtors
13549 Oxley Court
Chester, VA 23831